IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| LAURA CANTU FERNANDEZ,<br>      Plaintiff, | §<br>§<br>§ | |
| v. | §<br>§ | Civil Action No. 7:24-CV-00478 |
| MERIDIAN SECURITY INSURANCE COMPANY,<br>      Defendant. | §<br>§<br>§<br>§ | |

## JOINT NOTICE OF SETTLEMENT

TO THE UNITED STATES DISTRICT COURT:

The Parties announce they have reached a settlement agreement in this matter. The Parties anticipate they will have the settlement finalized within sixty (60) days from today and will file a joint stipulation of dismissal with the Court. Accordingly, the Parties ask that all deadlines be abated and that this case be removed from the Court's trial docket.

Respectfully submitted,

DALY & BLACK, P.C.
2211 Norfolk Street, Suite 800
Houston, Texas  77098
Telephone:    (713) 655-1405
Facsimile:     (713) 655-1587
ecfs@dalyblack.com
rdaly@dalyblack.com
mgerguis@dalyblack.com

   *Maria R. Gerguis (w/permission*
_____
Richard D. Daly
State Bar No. 00796429
Maria R. Gerguis
State Bar No. 24090355

ATTORNEY FOR PLAINTIFF LAURA CANTU FERNANDEZ

>LINDOW STEPHENS SCHULTZ LLP
>One Riverwalk Place
>700 N. St. Mary's Street, Suite 1700
>San Antonio, Texas 78205
>Telephone:    (210) 227-2200
>Facsimile:    (210) 227-4602
>dstephens@lsslaw.com
>
>_____
>David R. Stephens
>State Bar No. 19146100
>
>COUNSEL FOR DEFENDANT MERIDIAN
>SECURITY INSURANCE COMPANY